RECEIVED
IN LAFAYETTE, LA.
MAY 3 1 2012
TONY R. MOORE, CLERK
BY_____
       DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JOHN FULLER | CIVIL ACTION NO.: 11-2235 |
| VERSUS | JUDGE HAIK |
| STATE OF LOUISIANA | MAGISTRATE JUDGE HILL |

## ORDER

*Pro se* Plaintiff John Fuller's, proceeding in *forma pauperis*, instant civil rights complaint pursuant 42 U.S.C. § 1983 was referred to United States Magistrate Judge Michael Hill for report and recommendation, which was issued on May 7, 2012 [Doc. 5]. After an independent review of the record, and noting the absence of any objections, this Court concludes that the Magistrate Judge's report and recommendation is correct and adopts the findings and conclusions therein as its own.

Accordingly, **IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that Plaintiff's *habeas corpus* claim be **DISMISSED WITH PREJUDICE** for failing to state a claim upon which relief may be granted.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that Plaintiff's civil rights complaint be **DIMISSED WITH PREJUDICE** subject to reassertion if the requirements of *Heck v. Humphrey* are met.

**THUS DONE AND SIGNED** at Lafayette, Louisiana on this ___29th___ day of May, 2012.

HONORABLE RICHARD T. HAIK, SR.
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA